# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                        Chapter 13

                                        Bankruptcy No. 19-10290-MDC

RICHARD H SCHOFIELD

6619 LEEDS STREET

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    RICHARD H SCHOFIELD

    6619 LEEDS STREET

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    CHRISTIAN A DICICCO
    2008 CHESTNUT ST

    PHILADELPHIA, PA 19103

Date: 9/27/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee