IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
RICHARD H. SCHOFIELD                                BK. No. 19-10290-mdc
        Debtor
                                     :    Chapter No. 13
PENNYMAC LOAN SERVICES, LLC           :
        Movant                                :
    v.
RICHARD H. SCHOFIELD
        Respondent                            11 U.S.C. §362

## ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 2nd day of October, 2019, at **PHILADELPHIA**, upon Motion of **PENNYMAC LOAN SERVICES, LLC** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 6619 LEEDS STREET, PHILADELPHIA, PA 19151 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

WILLIAM C. MILLER, ESQ.,
(TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

RICHARD H. SCHOFIELD
6619 LEEDS STREET
PHILADELPHIA, PA 19151

CHRISTIAN A. DICICCO, ESQUIRE
2008 CHESTNUT STREET
PHILADELPHIA, PA 19103

UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106