United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10290-mdc
Richard H. Schofield                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 2              Date Rcvd: Oct 28, 2019
                              Form ID: pdf900            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
```
db           +Richard H. Schofield,    6619 Leeds Street,    Philadelphia, PA 19151-3029
14259361     +Bank Of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
14259362     +Bay Area Credit Service,    PO Box 480002,    Atlanta, GA 31146-4802
14285637      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14259372     +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    Po Box 400,    Dixon, MO 65459-0400
14259373     +New York Life,    PO Box 6916,   Cleveland, OH 44101-1916
14287073     +PENNYMAC LOAN SERVICES, LLC,    P.O. BOX 2410,    MOORPARK CA 93020-2410
14259378     +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14259376     +PennyMac Loan Services, LLC,    3043 Townsgate Road #200,    Westlake Village, CA 91361-3027
14263803     +PennyMac Loan Services, LLC,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14259375     +Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514387,    Los Angeles, CA 90051-4387
14284474      Pennymac Loan Services, LLC,    c/o Thomas Song, Esquire,    1617 JFK Boulevard, Suite 1400,
               One Penn Center Plaza,    Philadelphia, Pa   19103
14259377     +Peoples Commerce, Inc.,    1001 West Ridge Pike Rear,    Conshohocken, PA 19428-1015
14259379     +Phelan, Hallinan, Diamond & Jones LLP,    Attn: Kenya Bates, Esq.,
               1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
14259380      Resurgent Capital Services,    PO Box 510090,    Livonia, MI 48151-6090
14259383     +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
14259386    ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
              (address filed with court: Wells Fargo Bank,     Attn: Bankruptcy Dept,    Po Box 6429,
               Greenville, SC 29606)
14278063      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Oct 29 2019 03:12:57     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 29 2019 03:12:46
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 29 2019 03:12:53     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14259360     +E-mail/Text: bankruptcy@rentacenter.com Oct 29 2019 03:13:02     Acceptance Now,
               Attn: Acceptancenow Customer Service / B,    5501 Headquarters Dr,    Plano, TX 75024-5837
14287708     +E-mail/Text: bnc@atlasacq.com Oct 29 2019 03:12:33     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
14259364      E-mail/Text: megan.harper@phila.gov Oct 29 2019 03:12:57     City of Philadelphia,
               Law Dept. Tax Unit,    One Parkway Bldg. - Bankruptcy Group,    1515 Arch Street, 15th Floor,
               Philadelphia, PA 19102-1595
14342123     +E-mail/Text: megan.harper@phila.gov Oct 29 2019 03:12:57
               CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14259363     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 29 2019 03:08:57     Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14267818     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 29 2019 06:27:26
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14259365     +E-mail/Text: bankruptcy@consumerportfolio.com Oct 29 2019 03:12:50     Consumer Portfolio Svc,
               Attn: Bankruptcy,    Po Box 57071,    Irvine, CA 92619-7071
14259366     +E-mail/PDF: creditonebknotifications@resurgent.com Oct 29 2019 03:10:07     Credit One Bank,
               Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14368164     +E-mail/Text: cio.bncmail@irs.gov Oct 29 2019 03:12:36     Department of the Treasury - IRS,
               Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14259367     +E-mail/Text: bankruptcy@flagshipcredit.com Oct 29 2019 03:12:51     Flagship Credit Acceptance,
               PO Box 965,    Chadds Ford, PA 19317-0643
14259369     +E-mail/Text: bncnotices@becket-lee.com Oct 29 2019 03:12:34     Kohls/Capital One,
               Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14261926      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2019 03:10:09     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14259370     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2019 03:10:08
               LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
               Greenville, SC 29603-0497
14263138      E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 29 2019 03:10:07     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14259371     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 29 2019 03:10:08
               Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
14259374      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 29 2019 03:12:45
               Pennsylvania Department of Revenue,    P.O. Box 280946,    Bankruptcy Department,
               Harrisburg, PA 17128-0846
14259382     +E-mail/Text: Supportservices@receivablesperformance.com Oct 29 2019 03:13:00     RPM,
               20816 44th Ave W,    Lynnwood, WA 98036-7799
```

```
District/off: 0313-2          User: JEGilmore         Page 2 of 2                  Date Rcvd: Oct 28, 2019
                              Form ID: pdf900         Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14259381      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2019 03:10:09
               Resurgent Capital Services,   Suite 110 MS 576,   55 Beattie Place,
               Greenville, SC 29601-5115
14259384       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Oct 29 2019 03:09:25
               T-Mobile Bankruptcy Team,    PO Box 53410,   Bellevue, WA 98015
14262946      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 29 2019 06:27:18     T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14259385      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 29 2019 03:12:31
               Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
               Weldon Springs, MO 63304-2225
14288063      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 29 2019 06:27:34     Verizon,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14259368*    +Internal Revenue Service,   Room 5200 IE:T3:1,   600 Arch Street,   Philadelphia, PA 19106-1611
14324090*    +PENNYMAC LOAN SERVICES, LLC,   P.O. BOX 2410,   MOORPARK CA 93020-2410
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:

```
          CHRISTIAN A. DICICCO    on behalf of Debtor Richard H. Schofield
           cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com;r57075@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    PENNYMAC LOANSERVICES, LLC paeb@fedphe.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :     CHAPTER 13
RICHARD H. SCHOFIELD                                :
        DEBTOR                                      :     BANKRUPTCY NO. 19-10290-MDC

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This Chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 USC § 349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 USC § 349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtors() shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtors(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payment in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: 10/24/19

                                                  HON. MAGDELINE D. COLEMAN
                                                  **Chief U.S. Bankruptcy Judge**