United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 19-10290-mdc
Richard H. Schofield   Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: JEGilmore   Page 1 of 1   Date Rcvd: Dec 06, 2019
                 Form ID: pdf900   Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.
db         +Richard H. Schofield,   6619 Leeds Street,   Philadelphia, PA 19151-3029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Dec 07 2019 03:10:25   City of Philadelphia,
            City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
            Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2019 03:09:36
            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2019 03:09:58   U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                                                  TOTAL: 3

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:
        CHRISTIAN A. DICICCO    on behalf of Debtor Richard H. Schofield
        cdicicco@myphillybankruptcylawyer.com,    christianadicicco@gmail.com;r57075@notify.bestcase.com
        JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    PENNYMAC LOANSERVICES, LLC paeb@fedphe.com
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                 TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| RICHARD H. SCHOFIELD | : | |
| DEBTOR | : | BANKRUPTCY NO. 19-10290-MDC |

**ORDER**

**AND NOW**, upon consideration of the Application of the Debtor's Counsel for Allowance of Compensation and Distribution of Pre-Confirmation Payments held by the Chapter 13 Trustee ("the Application"), and upon the certification of the Debtor's Counsel ("the Applicant") that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of **$4,000.00**.

3. To the extent that funds are available, the Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation, less **$512.00** which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. All remaining funds, if any, held by the Trustee shall be disbursed in accordance with U.S.C. §349(b)(3).

Dated: December 6, 2019

_____
**HONORABLE MAGDELINE D. COLEMAN**
Chief United States Bankruptcy Judge